IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LEONARD L. WILEY                                                                                          PLAINTIFF

V.                            NO. 2:10cv00022 JLH-JWC

GREG HARMON, et al                                                                                  DEFENDANTS

## ORDER

This 42 U.S.C. § 1983 complaint names "John Does 1 through10" as parties (doc. 1).  Counsel should attempt to determine the identity of these Defendants through the use of discovery.  If no motion to amend or join the identified parties as Defendants is made within one hundred twenty (120) days, subject to extension for good cause, it will be recommended that the John Doe Defendants be dismissed.  *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED this 1st day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE