# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

LEONARD L. WILEY                                                                                    PLAINTIFF

v.                                        NO. 2:10CV00022 JLH

GREG HARMON, *et al.*                                                                            DEFENDANTS

## ORDER

The Court previously referred this matter to United States Magistrate Judge Jerry W. Cavaneau to hear and determine or make a recommended disposition, as appropriate, with respect to all pretrial matters in this case. The referral is hereby withdrawn.

IT IS SO ORDERED this 29th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE